# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**BRETT LORENZO FAVRE**                                              **PLAINTIFF**

v.                                                   **CIVIL ACTION NO. 2:23-cv-00042-KS-MTP**

**SHANNON SHARPE**                                                   **DEFENDANT**

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff hereby appeals to the United States Court of Appeals for the Fifth Circuit from this Court's order granting Defendant's motion to dismiss (Doc. 23) and from this Court's final judgment and dismissal entered on October 30, 2023 (Doc. 24).

**RESPECTFULLY SUBMITTED** on this, the 29th day of November, 2023.

                                                 **BRETT LORENZO FAVRE, Plaintiff**

                                                 By:   */s/ Dan R. Benson*

                                                 **KASOWITZ BENSON TORRES LLP**
                                                 Daniel R. Benson, Esq. (*pro hac vice*)
                                                 Email: DBenson@kasowitz.com
                                                 Jennifer M. McDougall, Esq. (*pro hac vice*)
                                                 Email: JMcDougall@kasowitz.com
                                                 Daniel J. Koevary, Esq. (*pro hac vice*)
                                                 Email: DKoevary@kasowitz.com
                                                 1633 Broadway
                                                 New York, NY 10019
                                                 Telephone: (212) 506-1700
                                                 Facsimile: (212) 506-1800

                                                 **ERIC D. HERSCHMANN, Esq.** (*pro hac vice*)
                                                 210 Lavaca Street
                                                 Austin, Texas 78701
                                                 Telephone: (512) 551-3344
                                                 Facsimile: (512) 798-4376
                                                 Email: EDHNotice@gmail.com

                                                 (Additional counsel listed on next page.)

**MICHAEL J. SHEMPER, PLLC**
Michael J. Shemper (MSB# 100531)
Attorney at Law
140 Mayfair Road, Suite 1200
Hattiesburg, MS  39402
Telephone: (601) 545-7787
Facsimile: (601) 545-1711
Email:  michael@shemperlaw.com

**SULLIVAN & SULLIVAN, PLLC**
James Robert "Bob" Sullivan, Jr. (MSB# 8613)
Attorneys at Law
424 Sawmill Road
P. O. Box 45
Laurel, MS  39441
Telephone: (601) 428-1505
Facsimile: (601-428-1590)
Email:  bob@sst-lawoffice.com

*Counsel for Plaintiff Brett Lorenzo Favre*

Case 3:23-cv-00110-KHJ-MTP   Document 1   Page 2   Date Filed 11/30/2023

## CERTIFICATE OF SERVICE

I, the undersigned counsel for Plaintiff, do hereby certify that I have this day electronically filed the foregoing document using the Court's CM/ECF filing system, which provides an electronic copy of the same to all counsel of record.

THIS the 29th day of November, 2023.


BY: /s/ *Eric D. Herschmann*

3