# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 10, 2024

No. 23-60610     Favre v. Sharpe
                 USDC No. 2:23-CV-42

Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  Exception:  As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies.  **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents**. See 5th Cir. R. 30.1.7(c).

The paper copies of your brief/record excerpts must **not** contain a header noting "RESTRICTED".  Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header.  Alternatively, you may print the sufficient brief/record excerpts directly from your original file without any header.


                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Pamela F. Trice, Deputy Clerk
                              504-310-7633

    Mr. Daniel Richard Benson
    Mr. Jacob Levi Burnett
    Mr. Mark D. Fijman
    Mr. Eric Herschmann
    Mr. David Michael Hurst Jr.
    Ms. Tyler Infinger

Mr. Daniel James Koevary
Ms. Mary Ellen Roy
Ms. Amy Mason Saharia
Mr. James William Shelson
Mr. Michael Jacob Shemper
Mr. Joseph Marshall Terry
Mr. Amit Ramnik Vora