NO. 23-60610

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

**BRETT LORENZO FAVRE,**
*Plaintiff - Appellant*

**V.**

**SHANNON SHARPE,**
*Defendant - Appellee*

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI, EASTERN DIVISION
CIVIL ACTION NO.: 2:23-CV-00042-KS-MTP

---

**MOTION TO WITHDRAW JACOB L. BURNETT AS COUNSEL FOR
DEFENDANT-APPELLEE SHANNON SHARPE**

---

Pursuant to Rule 27.1.10 of the Rules and Internal Operating Procedures of the United States Court of Appeals for the Fifth Circuit, attorney Jacob L. Burnett moves to withdraw as counsel for Defendant-Appellee Shannon Sharpe in the above-captioned, civil case. Mr. Burnett requests the Court's consent because he is leaving his employment at Williams & Connolly LLP on August 1, 2024. Furthermore, attorneys D. Michael Hurt, Jr., James W. Shelson, Mark Fijman, Mary Ellen Roy,

Joseph M. Terry, Amy M. Saharia, and Tyler Infinger will remain as counsel for Defendant-Appellee Shannon Sharpe.

| | |
|---|---|
| Date: July 31, 2024 | /s/ Jacob L. Burnett |

                                  D. Michael Hurst, Jr., MS Bar No. 99990
                                  James W. Shelson, MS Bar No. 9693
                                  Mark Fijman, MS Bar No. 99153
                                  **PHELPS DUNBAR LLP**
                                  4270 I-55 North
                                  Jackson, Mississippi 39211
                                  Telephone: 601 352 2300
                                  Email:   mike.hurst@phelps.com
                                                   jim.shelson@phelps.com
                                                   mark.fijman@phelps.com
                                  Mary Ellen Roy, T.A., LA Bar No. 14388
                                  **PHELPS DUNBAR LLP**
                                  365 Canal Street, Suite 200
                                  New Orleans, Louisiana 70130-6534
                                  Telephone: 504 566 1311
                                  Email:   maryellen.roy@phelps.com
                                  **AND**
                                  Joseph M. Terry, D.C. Bar No. 473095
                                  Amy M. Saharia, D.C. Bar No. 918644
                                  Tyler Infinger, D.C. Bar. No. 90002621
                                  Jacob Burnett, D.C. Bar. No. 90015420
                                  **WILLIAMS & CONNOLLY LLP**
                                  680 Maine Avenue SW
                                  Washington, D.C. 20024
                                  Telephone: 202 434 5000
                                  Email:   jterry@wc.com
                                  **ATTORNEYS FOR APPELLEE SHANNON SHARPE**

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed on this 31st day of July, 2024 with the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

Respectfully submitted,

BY: /s/ Jacob L. Burnett
D. Michael Hurst, Jr., MS Bar No. 99990
James W. Shelson, MS Bar No. 9693
Mark Fijman, MS Bar No. 99153
**PHELPS DUNBAR LLP**
4270 I-55 North
Jackson, Mississippi 39211
Telephone: 601 352 2300
Email: mike.hurst@phelps.com
jim.shelson@phelps.com
mark.fijman@phelps.com
Mary Ellen Roy, T.A., LA Bar No. 14388
**PHELPS DUNBAR LLP**
365 Canal Street, Suite 200
New Orleans, Louisiana 70130-6534
Telephone: 504 566 1311
Email: maryellen.roy@phelps.com
**AND**
Joseph M. Terry, D.C. Bar No. 473095
Amy M. Saharia, D.C. Bar No. 918644
Tyler Infinger, D.C. Bar. No. 90002621
Jacob Burnett, D.C. Bar. No. 90015420
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, D.C. 20024
Telephone: 202 434 5000
Email: jterry@wc.com
**ATTORNEYS FOR APPELLEE SHANNON SHARPE**